(March 20, 2014)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE FEIST, Appellant. [982 NYS2d 807]—Appeal from a judgment of the County Court of Ulster County (Williams Jr., J.), rendered March 21, 2012, convicting defendant upon his plea of guilty of the crime of course of sexual conduct against a child in the first degree.

Judgment affirmed. No opinion.

Lahtinen, J.P., Garry, Rose and Egan Jr., JJ., concur. Ordered that the judgment is affirmed.